IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REX GAINEY,
    Plaintiff,

vs.         Case No.: 3:17cv361/LAC/EMT

CITY OF NICEVILLE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 29, 2017 (ECF No. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's equal protection claim against Defendant Austin is **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state

a claim upon which relief may be granted;

3. Plaintiff's claims against Defendant David Popwell and Defendant City of Niceville are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted; and

4. The case is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Fourth Amendment excessive force claim against Defendant Austin.

**DONE AND ORDERED** this 29th day of December, 2017.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**