IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REX GAINEY,
    Plaintiff,

vs.                           Case No.: 3:17cv361/LAC/EMT

RICHARD AUSTIN,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 15, 2018 (ECF No. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant Austin's motion for summary judgment (ECF No. 28) is

**GRANTED**, and judgment will be entered in favor of Defendant Sergeant Austin and against Plaintiff Gainey.

**DONE AND ORDERED** this 13th day of December, 2018.

        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**